AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| MARIA D. SALINAS, also known as<br>MARIA D. PENALO and NELSON S. CELIN,<br><br>      Appellants,<br><br>v.<br><br>US BANK NATIONAL,<br><br>      Appellee. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-22-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Appeal is DISMISSED as Equitably Moot. The decision of the Bankruptcy Court is AFFIRMED. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **AUGUST 22, 2013** WITH A COPY TO:

Edward David Dilone (via CM/ECF Notice of Electronic Filing)
Jennifer B. Lyday (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| August 22, 2013<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |